VORTEX LAW GROUP
Safora Nowrouzi
21550 Oxnard Street, Suite 110
Woodland Hills, California 91367
T: (818) 475-6818 | F: (310) 975-1251
E: safora@vortexlawgroup.com
*Attorney for Plaintiff Alex Doroshuk*

HOUSER LLP
Robert W. Norman, Jr. (SBN 232470)
Alexandra Coronado King (SBN 346621)
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: bnorman@houser-law.com
acoronadoking@houser-law.com
*Attorney for Defendant,*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DOROSHUK, an individual; <br><br> PLAINTIFF, <br><br> VS. <br><br> SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited Liability Company; AFFINIA DEFAULT SERVICES, LLC, A Washington Limited Liability Company; and DOES 1-20, Inclusive, <br><br> DEFENDANTS. | Case No.: 2:23−CV−00887−DJC−AC <br><br> Honorable Daniel J. Calabretta <br><br> **ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS TO ALLOW PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The court, having read the Stipulation between Plaintiff Alex Doroshuk and defendant Specialized Loan Servicing, LLC, and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED: May 25, 2023     /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

---

1

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 28 DAYS